## NEW PEOPLES BANK, INC.
Fee Schedule

| | |
|---|---|
| Maintenance Fee | None |
| Returned Mail Fee | $5 |
| Dormant Account Fee-Monthly | $20 |
| * Overdraft Fee per Item (Paid or Returned) | $33 |
| Stop-Payment Request | $25 |
| Stop Payment Renewal | $15 |
| Wire Transfer Fee (Outgoing) | $24 |
| Wire Transfer Fee (Incoming) | $14 |
| International Wire Fee (Outgoing) | $50 |
| International Wire Fee (Incoming) | $14 |
| Official Check Fee | $5 |
| Copy Fee (per page) | $.25 |
| Research Fee | $15/hr |
| Levies and Third Party Claims | $150 |
| Statement Reconciliation | $15/hr |
| Replacement Card | $5 |
| Money Market Excess W/D Charge | $15 |
| Savings Excess W/D Charge | $15 |
| Safe Deposit Box Key Replacement (per key) | $25 |
| Safe Deposit Box Drilling Fee | $150 |

Safe Deposit Boxes:
- 3 x 5    $20
- 5 x 5    $25
- 3 x 10   $30
- 5 x 10   $40
- 10 x 10  $75

* An additional fee or interest may be imposed for covering overdrafts created by check, in-person withdrawal, ATM withdrawal, or other electronic means.

Time Accounts: The annual percentage yield assumes interest remains on deposit until maturity and a withdrawal will reduce earnings.