```
                        DAVID J HORN

======================

================================================================================
             DESCRIPTION              DEBITS       CREDITS    DATE        BALANCE

RETURNED CHECK# 556, INSUFFICIENT FUNDS            25.00 04/07/17           64.37-
OVERDRAFT FEE                          99.00             04/07/17          163.37-
CHECK # 680 - WAL-MART STORES PURCHASE 680 PRESKY
                                       14.62             04/13/17          177.99-
RETURNED ITEM, INSUFFICIENT FUNDS, WAL-MART STORES
     PURCHASE 680 PRESKY                           14.62 04/14/17          163.37-
OVERDRAFT FEE                          33.00             04/14/17          196.37-
CHECK # 680 - WAL-MART STORES RETRY PYMT 680 PRESKY
                                       14.62             04/21/17          210.99-
RETURNED ITEM, INSUFFICIENT FUNDS, WAL-MART STORES
     RETRY PYMT 680 PRESKY                         14.62 04/24/17          196.37-
OVERDRAFT FEE                          33.00             04/24/17          229.37-
ONGOING OVERDRAFT CHARGE                5.00             04/28/17          234.37-
BALANCE THIS STATEMENT ..............................    04/28/17          234.37-

TOTAL CREDITS         (7)          587.59  MINIMUM BALANCE                 229.37-
TOTAL DEBITS         (19)          892.42  AVERAGE BALANCE                    9.83

================================================================================
                            YOUR CHECKS SEQUENCED
================================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

04/06         *      20.00 04/06      556       25.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
                          - END OF STATEMENT -
```