# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
Abingdon Division

DAVID. J. HORN, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.                                           Civil Action No. 1:20cv00068-JPJ-PMS

NEW PEOPLES BANK,

    Defendant.

## JOINT NOTICE OF SETTLEMENT AND REQUEST
## TO ADJOURN TELEPHONIC SCHEDULING CONFERENCE

The Parties, by and through the undersigned Counsel, hereby notify the Court the Parties to this action have reached an agreement in principal to resolve this action and intend to file a Rule 41 dismissal upon completion of the terms of the Settlement Agreement.

Given the settlement between the Parties concerns the entirety of the claims plead in the operative Complaint, and to preserve judicial resources, the Parties request the Court adjourn the May 26, 2021 telephonic scheduling conference.

| | |
|---|---|
| Dated: May 25, 2021 | Respectfully submitted |
| */s/ Eric D. Chapman* | */s/ Jacob R. Rusch* |
| Eric D. Chapman (VSB No. 86409) | Jacob R. Rusch |
| COWANPERRY PC | JOHNSON BECKER PLLC |
| 250 South Main Street, Suite 226 | 444 Cedar Street, Suite 1800 |
| Blacksburg, Virginia 24060 | St. Paul, MN 55101 |
| T: (540) 443-2850 | T: (612) 436-1800 |
| F: (888) 755-1450 | F: (612) 436-4801 |
| Email: echapman@cowanperry.com | Email: jrusch@johnsonbecker.com |
| | |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing electronically to all Parties of record.

/s/ Jacob R. Rusch
Jacob R. Rusch